# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**SAMUEL LANCE LANDERS**     **PLAINTIFF**

**V.**     **1:19CV00094 JM**

**MICHAEL WOODWARD,**
**Individually and in his official**
**Capacity as a STATE TROOPER for**
**the ARKANSAS STATE POLICE**     **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal without Prejudice (ECF No. 11), the Court finds that this case should be dismissed. The Complaint and all claims in this action are hereby dismissed without prejudice. All pending motions are moot. The Clerk is directed to close the case.

IT IS SO ORDERED this 14th day of January, 2020.

_____
James M. Moody Jr.
United States District Judge